COMMONWEALTH of Pennsylvania,
Respondent

v.

Bruce Allen HASKINS, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Bruce Allen Haskins, Petitioner

No. 430 WAL 2016
No. 431 WAL 2016

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**